FILED - GR
November 6, 2014 9:52 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns /_____ SCANNED BY: AD / 11-7

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of **PLAINTIFFS FIRST AMENDED COMPLAINT** was mailed USPS to the clerk of the U.S. District Court, Western District of Michigan on Nov 3rd, 2014, and mailed USPS Certified #70133020000186199909 to the parties below.

Timothy E. Baxter & Associates, P.C.
P.O. Box 2669
Farmington Hills, MI 48333-2669

1:14-cv-1117

Janet T. Neff - U.S. District Judge

Ellen S. Carmody - U.S. Magistrate Judge

Seth Miller

3821 Vail Ave N.W.
Grand Rapids, MI 49544
616-773-8830
Millersg@outlook.com