UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

Case No. 1:14-CV-1117
Hon. Janet T. Neff

_____/

Seth Miller,

    Plaintiff,

vs.

Law Offices of Timothy E. Baxter & Associates, P.C.

    Defendant.

Timothy E. Baxter P28045
Attorney for Law Offices of
Timothy E. Baxter & Associates, P.C.
P.O. Box 2669
Farmington Hills, MI 48333
(248) 553-1155
tbaxter@baxlaw.com

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2014, I I hereby certify that I have mailed by United States Postal Service, Defendant's Motion to Dismiss, to the following non-ECF participants: Plaintiff, Seth Miller at 3821 Vail Avenue, NW, Grand Rapids, MI 49544.

                TIMOTHY E. BAXTER & ASSOCIATES, P.C.

                /s/Timothy E. Baxter_____
By:  Timothy E. Baxter P28045
       Attorney for Defendant
       Law Offices of Timothy E. Baxter & Associates, P.C.
       P.O. Box 2669
       Farmington Hills, MI 48333
       (248) 553-1155
       tbaxter@baxlaw.com