UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SETH MILLER,

       Plaintiff,                               Case No. 1:14-cv-1117

v.                                                HON. JANET T. NEFF

TIMOTHY E. BAXTER
& ASSOCIATES, P.C.,

       Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

      This is a civil action involving a *pro se* litigant.  Defendant filed a Motion to Dismiss (Dkt 10).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 30, 2015, recommending that this Court grant in part and deny in part Defendant's Motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

      **IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 12) is APPROVED and ADOPTED as the opinion of the Court.

      **IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (Dkt 10) is GRANTED IN PART AND DENIED IN PART.  Specifically, Defendant's Motion is granted as to Plaintiff's Telephone Consumer Protection Act claim and denied as to Plaintiff's Fair Debt Collection Practices Act claim.


Dated:  August 18, 2015                                  /s/Janet T. Neff
                                                          JANET T. NEFF
                                                          United States District Judge