UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Seth Miller,

                Plaintiff,

-vs-                                          Case No. 1:14-cv-1117
                                              Hon. Ellen S. Carmody

Timothy E. Baxter & Associates, P.C.,

                Defendant.
_____/

| Seth Miller | Timothy E. Baxter (P28045) |
|---|---|
| In Pro Per Plaintiff | TIMOTHY E. BAXTER & ASSOCIATES, P.C. |
| 3821 Vail Avenue, NW | Attorney for Defendant |
| Grand Rapids, MI 49544 | P.O. Box 2669 |
| | Farmington Hills, MI 48333 |
| | 248/553-1155 |

_____/

**CERTIFICATE OF SERVICE**

    I certify that on October 16, 2015, I mailed by United States Postal Service Defendant's Requests for Admissions and this Certificate of Service to the following non-ECF participant: Seth Miller, 3821 Vail Avenue NW, Grand Rapids, MI 49544.

                                      Respectfully submitted,
                                        LAW OFFICES OF TIMOTHY E. BAXTER & ASSOCIATES, P.C.

                                        <u>s/Timothy E. Baxter</u>
                                        Timothy E. Baxter (P28045)
                                        Attorney for Defendant
                                        33533 W. 12 Mile Road
                                        Suite 370
                                        Farmington Hills, MI 48331
                                        (248) 553-1155
                                        <u>tbaxter@baxlaw.com</u>

Dated: October 16, 2015